IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, | : |
| Plaintiff, | : |
| | : Civil Action No. 18-cv-06373 |
| v. | : Hon. Joan B. Gottschall |
| RONALD OUWENGA, BRIAN THOMAS, MYRON HENDRIX, MICHAEL BRUNNER, JEFF SCHIMMELPFENNIG, and ZACHARY BIRKEY, | : Magistrate Sidney I. Schenkler |
| Defendants. | : |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Morgan Stanley Smith Barney LLC and Defendants respectfully move this Court for the entry of an Agreed Protective Order governing the exchange of discovery in this matter.

/s/ Gary I. Blackman
Gary I. Blackman (ARDC#6187914)
Jason B. Hirsh (ARDC #6283094)
Jamie L. Burns (ARDC #6300120)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
Tel.: (312) 346-8380
Fax: (312) 346-8434
gblackman@lplegal.com
jhirsh@lplegal.com
jburnslpllegal.com

*Counsel for Defendants*

Dated: November 7, 2018

/s/Jerry M. Santangelo
Jerry M. Santangelo (ARDC#6187833)
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jsantangelo@sperling-law.com

/s/ Thomas J. Momjian
Christopher C. Coss
Thomas J. Momjian
COSS & MOMJIAN, LLP
111 Presidential Blvd., Suite 214
Bala Cynwyd, PA 19004
Tel: (610) 667-6800
Fax: (610) 667-6620
ccc@cossmomjian.com
tjm@cossmomjian.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the parties' Joint Motion for Entry of Agreed Protective Order to be served this 7th day of November, 2018, via the ECF system, to Defendants' counsel.

_____
Thomas J. Momjian