**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Morgan Stanley Smith Barney LLC
                                        Plaintiff,

v.                                                                          Case No.: 1:18−cv−06373
                                                                         Honorable Joan B. Gottschall

Ronald Ouwenga, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2018:

       MINUTE entry before the Honorable Joan B. Gottschall: On the court's own motion, the status hearing set for 11/30/18 [47] is stricken and reset to 12/12/18 at 9:30 a.m.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.