IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, | : | |
| Plaintiff, | : : : | Civil Action No. 18-cv-06373 |
| v. | : : | Hon. Joan B. Gottschall |
| RONALD OUWENGA, BRIAN THOMAS, MYRON HENDRIX, MICHAEL BRUNNER, JEFF SCHIMMELPFENNIG, and ZACHARY BIRKEY, | : : : : : | Magistrate Sidney I. Schenkier |
| Defendants. | : : | |

## NOTICE OF MOTION

**TO COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on December 7, 2018 at 9:30 am, or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before Judge Joan B. Gottschall in Courtroom 2325 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and at that time and place shall present **Plaintiff's Motion to File Under Seal**, a copy of which is attached hereto and served upon you via the CM/ECF system.

Respectfully submitted,

/s/Jerry M. Santangelo
Jerry M. Santangelo (ARDC#6187833)
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jsantangelo@sperling-law.com

and

/s/ Thomas J. Momjian
Christopher C. Coss
Thomas J. Momjian
COSS & MOMJIAN, LLP
111 Presidential Blvd., Suite 214
Bala Cynwyd, PA 19004
Tel: (610) 667-6800
Fax: (610) 667-6620
ccc@cossmomjian.com
tjm@cossmomjian.com

Counsel for Plaintiff

Dated: November 28, 2018

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, | :<br>: |
| Plaintiff, | :<br>: |
| | : Civil Action No. 18-cv-06373 |
| v. | :<br>: Hon. Joan B. Gottschall |
| RONALD OUWENGA, BRIAN THOMAS, MYRON HENDRIX, MICHAEL BRUNNER, JEFF SCHIMMELPFENNIG, and ZACHARY BIRKEY, | :<br>: Magistrate Sidney I. Schenkier<br>:<br>: |
| Defendants. | :<br>: |

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff Morgan Stanley Smith Barney LLC respectfully moves this Court to file under seal two exhibits (Exhibits "B" and "F") referenced in its Opposition to Defendants' Motion to Dismiss. Those exhibits were designated by Defendants as "Confidential – Subject to Protective Order," in accordance with the Agreed Protective Order entered by the Court on November 8, 2018.

Respectfully submitted,

/s/Jerry M. Santangelo
Jerry M. Santangelo (ARDC#6187833)
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jsantangelo@sperling-law.com

and

/s/ Thomas J. Momjian
Christopher C. Coss
Thomas J. Momjian
COSS & MOMJIAN, LLP
111 Presidential Blvd., Suite 214
Bala Cynwyd, PA 19004
Tel: (610) 667-6800
Fax: (610) 667-6620
ccc@cossmomjian.com
tjm@cossmomjian.com

Counsel for Plaintiff

Dated: November 28, 2018

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion to File Under Seal to be served this 28th day of November, 2018, via the ECF system, to Defendants' counsel.

_____
Thomas J. Mongian

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to be served this 28th day of November, 2018, via the ECF system, to Defendants' counsel.

_____
Thomas J. Momjian