# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 18-cv-06373 |
| RONALD OUWENGA, BRIAN THOMAS, | : Hon. Joan B. Gottschall |
| MYRON HENDRIX, MICHAEL BRUNNER, | : |
| JEFF SCHIMMELPFENNIG, and ZACHARY | : Magistrate Sidney I. Schenkier |
| BIRKEY, | : |
| Defendants. | : |

## TEMPORARY RESTRAINING ORDER

AND NOW, this 21st day of December, 2018 upon consideration of the Renewed Motion for Temporary Restraining Order and supporting papers of Morgan Stanley Smith Barney LLC ("Morgan Stanley"), and, for the reasons given in the accompanying order granting that motion, having determined that:

1. The rights of Morgan Stanley with respect to its property, proprietary and confidential information, competitive interests, and contract with the Defendants are being and will continue to be violated unless the Defendants are restrained therefrom;

2. Morgan Stanley will suffer irreparable harm and loss if the Defendants are permitted to convert the property of Morgan Stanley to their own personal use and benefit, and that of their new employer, Stifel Nicolaus & Company ("Stifel"), and solicit Morgan Stanley clients;

3. Morgan Stanley has no adequate remedy at law;

4. Greater injury will be inflicted upon Morgan Stanley by the denial of injunctive relief than would be inflicted upon the Defendants by the granting of such relief; and

5. The issuance of injunctive relief will not disserve the public interest.

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. A Temporary Restraining Order issue immediately and that security in the amount of $<u>60,000</u> be posted no later than the <u>27th</u> day of December, 2018;

2. The Defendants are immediately enjoined and restrained, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee, and/or representative of Stifel, until the earlier of (a) January 4, 2019, or (b) the date on which the Financial Industry Regulatory Authority holds a hearing on Morgan Stanley's request for permanent injunctive relief and damages dated September 19, 2018, in the matter captioned *Morgan Stanley Smith Barney, LLC v. Ronald Ouwenga, Brian Thomas, Myron Hendrix, Michael Bruner, Jeff Schimmelpfennig, Zachary Birkey, and Stifel, Nicolaus & Company*, ("FINRA matter," *see* ECF No. 66-5), from doing any of the following:

>    (i) Soliciting the business of any Morgan Stanley Client Accounts, excluding members of the Defendants' family;
>
>    (ii) Using, disclosing, or transmitting for any purpose, any records, documents, or information relating in any way to the Morgan Stanley Client Accounts, Morgan Stanley's business or marketing strategies, or the business operations of Morgan Stanley, whether in original, copied, computerized, handwritten, or any

other form (hereafter the "Records and Information"); and

(iii)     Retaining, in any form, including without limitation original, copied, computerized, handwritten or any other form, any Records and Information;

3.     The Defendants, and anyone acting in concert or participation with them, including any agent, employee, officer or representative of Stifel, be further ordered to return to Morgan Stanley all its Records and Information, whether in original, copied, computerized, handwritten or any other form, and to purge any such Records and Information from their possession, custody, or control after providing all such information to Plaintiff's counsel, within twenty-four (24) hours of notice to the Defendants or their counsel of the terms of the Court's Order;

4.     This Order shall remain in full force and effect until January 4, 2019, unless a hearing is held in the FINRA matter before January 4, 2019. If a hearing is held, this order shall dissolve at the conclusion of the hearing.

**SO ORDERED.**

**December 21, 2018 at 2:15 p.m.**

BY THE COURT:

_____
The Honorable Joan B. Gottschall
United States District Judge