IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, | |
| Plaintiff, | |
| | Civil Action No. 18-cv-06373 |
| v. | Hon. Joan B. Gottschall |
| RONALD OUWENGA, BRIAN THOMAS, MYRON HENDRIX, MICHAEL BRUNNER, JEFF SCHIMMELPFENNIG, and ZACHARY BIRKEY, | Magistrate Sidney I. Schenkier |
| Defendants. | |

## JOINT STATUS REPORT

In accordance with the Court's Temporary Restraining Order decision dated December 21, 2018, the parties jointly advise the Court that they resolved the issue of permanent injunctive relief pending before the arbitration panel appointed by the Financial Industry Regulatory Authority and will hereby submit a dismissal of this action forthwith.

/s/ Gary I. Blackman
Gary I. Blackman (ARDC#6187914)
Jason B. Hirsh (ARDC #6283094)
Jamie L. Burns (ARDC #6300120)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
Tel.: (312) 346-8380
Fax: (312) 346-8434
gblackman@lplegal.com
jhirsh@lplegal.com
jburnslpllegal.com

Counsel for Defendants

Dated: February 4, 2019

/s/Thomas J. Momjian
Thomas J. Momjian
COSS & MOMJIAN, LLP
111 Presidential Blvd, Suite 214
Bala Cynwyd, Pennsylvania 19004
Tel: (610) 667-6800
Fax: (610) 667-6620
tjm@cossmomjian.com

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Joint Status Report to be served this 4th day of February, 2019, via the ECF system, to Defendants' counsel.

_____
Thomas J. Momjian