IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, | |
| Plaintiff, | |
| | Civil Action No. 18-cv-06373 |
| v. | Hon. Joan B. Gottschall |
| RONALD OUWENGA, BRIAN THOMAS, MYRON HENDRIX, MICHAEL BRUNNER, JEFF SCHIMMELPFENNIG, and ZACHARY BIRKEY, | Magistrate Sidney I. Schenkier |
| Defendants. | |

## JOINT MOTION TO DISMISS WITH PREJUDICE AND RELEASE OF SECURITY

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Morgan Stanley Smith Barney LLC and Defendants jointly move this Court for the entry of an order dismissing this matter with prejudice (with each party to bear his or its own attorneys' fees and costs), along with a release of the security posted by Morgan Stanley in connection with the Court's December 21, 2018 Temporary Restraining Order.

/s/ Gary I. Blackman
Gary I. Blackman (ARDC#6187914)
Jason B. Hirsh (ARDC #6283094)
Jamie L. Burns (ARDC #6300120)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
Tel.: (312) 346-8380
Fax: (312) 346-8434
gblackman@lplegal.com
jhirsh@lplegal.com
jburnslpllegal.com

Counsel for Defendants

Dated: February 4, 2019

/s/Thomas J. Momjian
Thomas J. Momjian
COSS & MOMJIAN, LLP
111 Presidential Blvd, Suite 214
Bala Cynwyd, Pennsylvania 19004
Tel: (610) 667-6800
Fax: (610) 667-6620
tjm@cossmomjian.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Joint Motion to Dismiss and Release of Security to be served this 4th day of February, 2019, via the ECF system, to Defendants' counsel.

_____
Thomas J. Momjian