IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, | |
| Plaintiff, | |
| | Civil Action No. 18-cv-06373 |
| v. | Hon. Joan B. Gottschall |
| RONALD OUWENGA, BRIAN THOMAS, MYRON HENDRIX, MICHAEL BRUNNER, JEFF SCHIMMELPFENNIG, and ZACHARY BIRKEY, | Magistrate Sidney I. Schenkier |
| Defendants. | |

## ORDER

AND NOW, this **5** day of **Feb**, 2019 upon consideration of the parties' Joint Motion to Dismiss, it is hereby ORDERED that, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Motion is GRANTED and that this matter is dismissed with prejudice, with each party to bear its or his own attorneys' fee and costs. It is further ORDERED that, in accordance with the parties' Joint Motion, the security posted by Morgan Stanley in connection with the Court's December 21, 2018 Temporary Restraining Order shall be released to Morgan Stanley.

**SO ORDERED.**

**Feb 5**, 2019 at **10:36** o'clock **a**.m.

BY THE COURT:

_____
The Honorable Joan B. Gottschall
United States District Judge